Tony Horn | Timeline ▼ | 2014 ▼ | Highlights ▼ | Add Friend

MOMENTS FROM THE YEAR

2014 venthaven convention



**Tony Horn** added 2 new photos.
June 6, 2014

He is just about done only been working on him for almost a week now




EXHIBIT C
PAGE 49

Recent
2014
July
June
May
April
March
February
January
2013
2012
2011
2010
2009
Born







EXHIBIT C
PAGE 50



EXHIBIT C
PAGE 51



EXHIBIT C
PAGE 52