Tony Horn | Timeline | 2014 | Highlights

Add Friend

**MOMENTS FROM THE YEAR**

2014 venthaven convention

**PHOTOS · 2014**



 Tony Horn added 3 new photos.
June 8, 2014

Compair my figure to Walter



EXHIBIT D
PAGE 53