**MORRIS**
**YORN**
**BARNES**
**LEVINE**
**KRINTZMAN**
**RUBENSTEIN**
**KOHNER**
*& GELLMAN*
LAW FIRM

P. KEVIN MORRIS
KEVIN YORN
STEPHEN D. BARNES
JARED E. LEVINE
DAVID A. KRINTZMAN
TODD RUBENSTEIN
ALEXANDER P. KOHNER
GREGG GELLMAN
LAWRENCE M. KOPEIKIN
JEFFREY ENDLICH
NICK GLADDEN

CORINNE FARLEY
ASHLEY NISSENBERG
RYAN PASTOREK
RYAN GOODELL
PAUL L. CAZERS
PRIYA VERMA
ASHLEY M. BRISKMAN
AILLEEN GOROSPE
DANIELLE JOSEPHS

Of Counsel
JIM KIICK
JONATHAN S. POLLACK
MARVIN A. DEMOFF
ALLISON D. JACOBY

January 13, 2015

**VIA FACEBOOK**

Mr. Tony Horn
https://www.facebook.com/tony.horn.167

RE:   CEASE AND DESIST - Unauthorized Use of Intellectual Property

Dear Mr. Horn,

    This law firm represents Jeff Dunham. Mr. Dunham is a world renowned stand-up comedian and ventriloquist who performs his act with a variety of well-known "dummies". One of Mr. Dunham's "dummies" is the character known as "Walter". "Walter" is a character created and owned by Mr. Dunham, and is widely recognized all over the world as being directly connected to Mr. Dunham and his comedy. "Walter" appears on-stage with Mr. Dunham as a part of his live performances, he has appeared in all of Mr. Dunham's recorded comedy specials to date, there are plans for him to appear in future recorded comedy specials, and his image and voice are used in a wide variety of copyrighted and trademarked merchandise distributed by and on behalf of both Mr. Dunham and his licensees.

    We have become aware that you have created and continue to create a number of ventriloquist dummies that bear a striking resemblance to "Walter", and that you have offered and intend to continue offering the dummies for sale, including without limitation, on eBay. Screenshots of your ventriloquist dummies from your Facebook page (located at https://www.facebook.com/tony.horn.167) as well as your statement of sales of such dummies on eBay are attached to this letter as "Exhibit A". Your ventriloquist dummies bear such a striking resemblance to "Walter", that not only could the public easily confuse them for "Walter" or otherwise mistakenly believe that they are somehow affiliated with Mr. Dunham, but it seems that you've intentionally designed them to look substantially like "Walter" as evidenced by a post from June 8, 2014 on your Facebook page comparing your dummies to "Walter". Screenshots of your Facebook post comparing your dummies "Walter" is attached to this letter as "Exhibit B".

    Mr. Dunham has exclusive ownership in the very valuable copyright, trademark and other intellectual property rights associated with the "Walter" character. At no time did Mr. Dunham authorize you to use or exploit any of these rights in any manner or media whatsoever. Your unauthorized and illegal conduct, and the intended confusion resulting therefrom has caused and will continue to cause substantial damage to Mr. Dunham. Among other causes of action, your conduct constitutes a violation of numerous state and federal trademark laws, commercial misappropriation at common law, unfair business practices and false advertising.

    We intend to protect Mr. Dunham's intellectual property rights to the fullest extent allowable under the law. Accordingly, demand is hereby made that you immediately: (i) remove any and all images of any and all ventriloquist dummies bearing any resemblance to "Walter" from all locations, including without limitation your Facebook page and eBay; (ii) cease and desist from any and all further publication, promotion, advertising, distribution, sale or other exploitation of any and all ventriloquist

Mr. Tony Horn
January 13, 2015
Page 2

dummies bearing any resemblance to "Walter"; and (iii) confirm to this office in writing that you will comply with the foregoing.

This letter is not intended as one in a series of threatening letters on this subject, rather demand is made that you respond affirmatively and immediately, failing which I have been instructed to pursue all remedies available in law and equity to enforce Mr. Dunham's rights.

Nothing contained herein shall be deemed a complete statement of any legal or factual position, or a waiver or relinquishment of any of my client's rights or remedies, all of which are hereby expressly reserved.

This letter is a confidential legal communication and is not for publication. Any publication, dissemination or broadcast of any portion of this letter will constitute a breach of confidence and a violation of the U.S. Copyright Act, and you are not authorized to publish this letter in whole or in part absent our express written authorization.

Please govern yourself accordingly.

Sincerely,

Jeffrey Endlich

JE/ab
Enclosures
cc:   Jeff Dunham
      John Power
      Robert Hartmann

**"Exhibit A"**



Tony Horn added 4 new photos.
19 hrs

Check it out not much work left to do on this guy im actually makring two replicas at the same time — with Anthony Horn



https://www.facebook.com/tony.horn.167

Share

👍 15 people like this.

　　　s Haha Rusty's in the back
19 hrs

　　　Great job bro
19 hrs

Tony Horn 　　　yeah 　　　is in the pic and was very upset with me he feels im spending to much on my work when i just got back onto it i think you should have a talk with 　　　for me and make him understand my work is important
19 hrs 👍 2

Tony Horn Thank you 　　　i really appreciate that
19 hrs 👍 1

　　　For some reason this figure looks poised to say "Ah, shut the h*ll up!" 😉
19 hrs

Tony Horn 　　　thank you i created one like this back in July sold it for $800.00 on Ebay but this one is looking more like the real deal
19 hrs 👍 1

**EXHIBIT E**
**PAGE 56**

**"Exhibit B"**

 **Tony Horn** added 3 new photos.
June 8, 2014

Compair my figure to Walter



Share https://www.facebook.com/tony.horn.167

👍 17 people like this.

    Great Tony Horn
    June 9, 2014 at 2:09am

    Very nice Tony.
    June 9, 2014 at 4:48am

    Amazing talent Tony!
    June 9, 2014 at 4:52am

    Hi Tony Horn, your figure looks very nice. I noticed one big difference the photographer who photographed Walter used a blue background I would encourage you to do the same.

    Richard Curtis Photography
    June 9, 2014 at 7:09am 👍 1

    very nice
    June 9, 2014 at 8:18am

    The lawyers are on the way. (:o)
    June 9, 2014 at 1:38pm 👍 1

    **Tony Horn** I highly doubt any lawyer would be interested
    June 9, 2014 at 7:59pm

    Me too.
    June 9, 2014 at 8:03pm


    s ❤
    June 11, 2014 at 2:38am

**EXHIBIT E**
**PAGE 57**