1  **MARTIN D. SINGER (BAR NO. 78166)**
   mdsinger@lavelysinger.com
2  **LINDSAY D. MOLNAR (BAR NO. 275156)**
   lmolnar@lavelysinger.com
3  **LAVELY & SINGER**
4  **PROFESSIONAL CORPORATION**
   2049 Century Park East, Suite 2400
5  Los Angeles, California 90067-2906
6  Telephone: (310) 556-3501
7  Facsimile: (310) 556-3615

8  Attorneys for Plaintiff JEFFREY DUNHAM,
9  TRUSTEE OF THE JEFF DUNHAM TRUST
   DATED MARCH 24, 2010

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JEFFREY DUNHAM AS TRUSTEE OF THE JEFF DUNHAM TRUST DATED MARCH 24, 2010, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY HORN, an individual, <br><br> Defendant. | Case No.: 15-cv-5092 <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

_____
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff in the above-entitled action, by and through his attorneys of record, Lavely & Singer, P.C., and pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby respectfully gives Notice of Voluntary Dismissal Without Prejudice.

Dated: September 22, 2015          LAVELY & SINGER
                                   PROFESSIONAL CORPORATION
                                   MARTIN D. SINGER
                                   LINDSAY D. MOLNAR


                                   By:  /s/ Lindsay D. Molnar_____
                                        LINDSAY D. MOLNAR

                                   Attorneys for Plaintiff Jeffrey
                                   Dunham, asTrustee of THE JEFF
                                   DUNHAM TRUST DATED
                                   MARCH 24, 2010

---

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 2049 Century Park East, Suite 2400, Los Angeles, California  90067-2906.

On the date stated below, I served true copies of the foregoing document(s) described as: NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE on the interested parties in this action as follows:

Anthony Horn
29 W. First Street
Cumberland, Maryland 21502-3926

[X]   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed September 22, 2015, at Los Angeles, California.

/s/ Jelena Jovanovic
Jelena Jovanovic

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE